DORIS MAZUR, Respondent, v. ROBERT MAZUR, Appellant.—

In our opinion, the award of a further counsel fee was excessive to the extent indicated herein. Martuscello, Acting P. J., Latham, Christ, Brennan and Benjamin, JJ., concur.